SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
cm@SoCalEAG.com

Attorneys for Plaintiff
DEONDRE RAGLIN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEONDRE RAGLIN,<br><br>        Plaintiff,<br><br>   vs.<br><br>CLISERIO AQUINO QUIAHUA D/B/A BONANZA RESTAURANT; 1810 W WILLOW ST LLC; and DOES 1 to 10,<br><br>        Defendants. | **Case No.: 2:24-cv-02668-PD**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT CLISERIO AQUINO QUIAHUA D/B/A BONANZA RESTAURANT** |

**PLEASE TAKE NOTICE** that Plaintiff DEONDRE RAGLIN ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses Defendant CLISERIO AQUINO QUIAHUA D/B/A BONANZA RESTAURANT ("Defendant") *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

> (1) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

    (i)  A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, Defendant may be dismissed without an Order of the Court.

DATED: July 24, 2024    SO. CAL. EQUAL ACCESS GROUP

           By: */s/ Jason J. Kim*
              Jason J. Kim
              Attorneys for Plaintiff

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**